# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CAROL A. WILSON, et al.,**

      Plaintiffs,

  v.                          Civil Action 2:17-cv-907
                              Judge Algenon L. Marbley
                              Magistrate Judge Jolson

**ENGLE MANAGEMENT, LLC,**

      Defendant.

## REPORT AND RECOMMENDATION

This is an action for unpaid fringe benefit contributions, statutory interest, and other damages under ERISA, 29 U.S.C. § 1132. The Undersigned was reassigned to this case on November 8, 2017. (Doc. 5). After Defendant was served and failed to plead or otherwise defend this action, Plaintiffs applied to the Clerk for entry of default. (Doc. 9). The Clerk entered default pursuant to Federal Rule Civil Procedure 55(a) on December 29, 2017. (Doc. 11). Plaintiffs filed a Motion for Default Judgment on December 29, 2017. (Doc. 10).

Upon review, it is **RECOMMENDED** that Plaintiffs' Motion for Default Judgment (Doc. 10), be **GRANTED** and judgment be entered in favor of Plaintiffs and against Defendant as follows:

1. Audit findings/delinquent contributions for the period June 1, 2013 to July 1, 2017 in the amount of $15,254.06;

2. Interest in the amount of $9,236.15 calculated to December 30, 2017 plus $7.53 per day thereafter as long as the judgment remains unpaid;

3. Interest in the amount of $9,236.15 calculated to December 30, 2017 plus $7.53 per day thereafter as long as the judgment remains unpaid;

      4.      Court costs in the amount of $400.00.

(*See* Doc. 10, 10-1).

If any party seeks review by the District Judge of this Report and Recommendation, that party may, within fourteen (14) days, file and serve on all parties objections to the Report and Recommendation, specifically designating this Report and Recommendation, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

IT IS SO ORDERED.

Date: January 5, 2018                    /s/ Kimberly A. Jolson
                                                  KIMBERLY A. JOLSON
                                                  UNITED STATES MAGISTRATE JUDGE