# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CAROL A. WILSON, et al., : | |
| : | Case No. 2:17-CV-907 |
| Plaintiffs, : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Jolson |
| ENGLE MANAGEMENT, LLC, : | |
| : | |
| Defendant. : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's January 5, 2018 **Report and Recommendation** (ECF No. 12), which recommended that Plaintiffs' Motion for Default Judgment (ECF No. 10) be granted.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 12 at 2). The parties have failed to file any objections, and the deadline for objections (January 19, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Plaintiff's Motion for Default Judgment (ECF No. 10) is **GRANTED**. Judgment in favor Plaintiffs and against Defendant is entered as follows:

1. Audit findings/delinquent contributions for the period June 1, 2013, to July 1, 2017 in the amount of $15,254.06;

2. Interest in the amount of $9,236.15 calculated to December 30, 2017 plus $7.53 per day thereafter as long as the judgment remains unpaid;

3. Interest in the amount of $9,236.15 calculated to December 30, 2017 plus $7.53 per day thereafter as long as the judgment remains unpaid;

4. Court costs in the amount of $400.00

   **IT IS SO ORDERED.**

                                                                  <u>s/ Algenon L. Marbley</u>
                                               **ALGENON L. MARBLEY**
                                               **UNITED STATES DISTRICT JUDGE**

**DATED: February 21, 2018**